**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MEGAN FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07-0324-CV-W-DW |
| FAYJAY, INC., | ) | |
| D/b/a THE GREENS AT CREEKSIDE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal Without Prejudice (Doc. 11).

Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action

*without prejudice*. The fees and costs associated with this action shall be borne by the parties

individually. The Clerk of the Court is directed to mark this action as closed.

Date:    January 7, 2008                         /s/ Dean Whipple
                                                          Dean Whipple
                                          United States District Judge